

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00691-CV

**CUANTO ANTES MEJOR, LLC** and M.E. Phillip,
Appellant

v.

**EOG RESOURCES, INC.**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellee's partially opposed first motion for an extension of time to file the appellee's brief is granted. We order appellee to file the appellee's brief by February 19, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court